PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 977-8873

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN ISKENYAN, | Case No. : 1:17-cv-0489-BAM |
| Plaintiff, | STIPULATION TO REMAND PURSUANT TO SENTENCE FOUR OF |
| v. | 42 U.S.C. § 405(g) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties stipulate that, subject to the approval of the Court, this action shall be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. Upon remand, the administrative law judge will reassess the medical source opinions and take further action, as warranted, to complete the administrative record.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted December 11, 2017.

Date: December 11, 2017,          By:     *s/ Karl Osterhout*
                                          KARL OSTERHOUT
                                          as authorized by email)

                                          Attorney for Plaintiff


Date: December 11, 2017
                                  By:     /s/ *Daniel P. Talbert*
                                          DANIEL P. TALBERT
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant


## ORDER

Based upon the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of Judgment ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

   Dated:   **December 12, 2017**          /s/ *Barbara A. McAuliffe*     _
                                          UNITED STATES MAGISTRATE JUDGE